UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Leticia Martinez,<br><br>Debtor(s) | BK No.: 14-18134<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

### ORDER DETERMINING VALUE OF SECURITY AND RELEASE OF CARRINGTON MORTGAGE SERVICES, LLC'S, UNDERLYING LIEN ON DEBTOR'S PROPERTY

This cause coming before the court on Debtor's Motion to Determine Value of Security and Release of Carrington Mortgage Services, LLC's, Underlying Lien on Debtor's Property, all parties having been given notice thereof, and the Court being duly advised, IT IS HEREBY ORDERED BY THE COURT that:

1) That the interest of Carrington Mortgage Services, LLC, with respect to the mortgage securing real estate with a common address of 5224 S. Artesian Avenue, Chicago, IL 60632 shall be paid as specified below:

Carrington Mortgage Services, LLC's, lien/claim (Account # XXXXXXX2896) against 5224 S. Artesian Avenue, Chicago, IL 60632, is to be paid in full during the plan term at a priority E3 of this Plan, with interest at an annual percentage rate specified below in the amounts stated regardless of contrary proofs of claim, in monthly installments, with fixed monthly payments as specified below:

(a) Creditor: Carrington Mortgage Services, LLC (Account # XXXXXX2896)
(b) Collateral: 5224 S. Artesian Avenue, Chicago, IL 60632
(c) Amount of secured claim: $51,000.00
(d) APR: 5.0%
(e) Fixed monthly payments: $1,263.50
(f) Total estimated payments, including interest, on the claim: $53,550.00

2) That the attached lien of Carrington Mortgage Services, LLC, filed with the Cook County Recorder of Deeds under PIN: 19-12-414-032-0000, shall be released upon completion of the plan and entry of an order of discharge in this case. In the additional event that Carrington Mortgage Services, LLC, or its successors and/or assigns, fails to execute and deliver any termination statement or other document that is or may be required by law to release the mortgage, Debtor shall be permitted to use this Judgment Order along with the Order of Discharge as authorization for the termination and release of Carrington Mortgage Services, LLC's lien.

3) That this Court reserves jurisdiction to enter supplemental orders regarding this lien while the Debtor's chapter 13 case is ongoing.

4) Should Debtor's underlying bankruptcy case be dismissed or converted to a Chapter 7, this Order will be void and the lien of Carrington Mortgage Services, LLC will remain intact. In the event of a sale

Rev: 20130104_bko

of the property either through a purchase agreement or through foreclosure, the lien of Carrington Mortgage Services, LLC shall attach to any excess proceeds until the claim has been paid.

Enter: *Jacqueline P. Cox*
J. Cox

Dated: AUG 25 2014

United States Bankruptcy Judge

**Prepared by:**
Ryan J. Waite
Attorney for Debtor
The Waite Law Firm
75 Executive Drive, Suite 107
Aurora, IL 60504
(P) 773-680-0610

Rev: 20130104_bko